UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA

   *Plaintiff,*        CASE NO. 24-30277

v.

                MAGISTRATE JUDGE ANTHONY P. PATTI

LAITH JAMIL KALASHO,

   *Defendant.*
_____/

## ORDER GRANTING THE GOVERNMENT'S MOTION TO REVOKE BOND (ECF NO. 14)

  Defendant was previously released on bond, pursuant to the Bail Reform Act, 18 U.S.C. § 3142 et seq. The government has moved for revocation of bond based on allegations that Defendant violated the conditions of his release (ECF No. 14). Pretrial Services has likewise filed a Petition for Bond Review (ECF No. 20), stemming from the same bond violations, namely, Defendant's immediate violation of the condition that he refrain from all Internet access, imposed due to his longstanding record of sexual interest in children, current charges and prior attempt and efforts to engage in sexual relations with a 13 year old minor, for which he was previously placed on state probation and is required to register as a sex offender through 2032. For the reasons stated on the record, the Court finds, under 18 U.S.C. § 3148(b), that there is:

  ☐ probable cause to believe that Defendant has committed a Federal, State, or local crime while on release (if a felony, a rebuttable presumption arises that no condition

1

or combination of conditions will assure that Defendant will not pose a danger to the safety of any other person or the community); **or**

☒ clear and convincing evidence that Defendant has violated any other condition of release;

**AND**

☐ based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that Defendant will not flee or pose a danger to the safety of any other person or the community; **or**

☒ Defendant is unlikely to abide by any condition or combination of conditions of release.

Moreover, the Court finds probable cause to believe that Defendant has committed the offenses of receipt, possession and distribution of child pornography, that there is, accordingly, a presumption in favor of detention in this case, and that Defendant has not rebutted that presumption.

Therefore, the bond for Defendant is hereby **REVOKED** and the defendant is **REMANDED** to the custody of the United States Marshal.

**IT IS ORDERED.**

Date: September 18, 2024

                                                                                  _____
                                                                                  Anthony P. Patti
                                                                                  United States Magistrate Judge